# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>**RONALD MITCHELL**<br>*Defendant* | )<br>)<br>) Case No. 09-M-216<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **RONALD MITCHELL**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

did knowingly, intentionally and unlawfully possess with the intent to distribute and did distribute a mixture and substance containing 5 kilograms or more of cocaine, a Schedule II controlled substance; and that the defendants did knowingly, intentionally and unlawfully conspire with intent to distribute and did distribute a mixture and substance containing 5 kilograms or more of cocaine, a Schedule II controlled substance. All in violation of Title 21, United States Code, Sections 841(a)(1), 846 and 2.

Date: February 1, 2010

*Issuing officer's signature*

City and state: Buffalo, New York

HON. H. KENNETH SCHROEDER, Jr.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 02/01/2010, and the person was arrested on *(date)* 03/10/2010
at *(city and state)* CHAUTAUQUA COUNTY JAIL, MAYVILLE, NEW YORK

Date: 03/10/2010

*Arresting officer's signature* SA, FBI BUFFALO

JOHN YERVELLI, SA
*Printed name and title*